NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BENJAMIN J. FREDERICK,                    )
                                          )
          Appellant,                      )
                                          )
v.                                        )     Case No. 2D18-2084
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____)

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.


PER CURIAM.


                    Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.